No: 23-1071

Wilma Aleyda Marroquin-De Valladares; A.A.V.M.; E.O.V.M.

Petitioners

v.

Merrick B. Garland, Attorney General of the United States

Respondent

Petition for Review of an Order of the Board of Immigration Appeals
(A209-992-184)
(A209-992-185)
(A209-992-186)

**JUDGMENT**

Before LOKEN, COLLOTON and BENTON, Circuit Judges.

Respondent's unopposed motion to remand this matter to the Board of Immigration Appeals has been considered by the court, and the motion is granted. The matter is remanded to the Board of Immigration Appeals for further proceedings.

The court's mandate shall issue forthwith.

May 30, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans